JUDGE HOLWELL

BLANK ROME, LLP
Attorneys for Plaintiff
WINLAND SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

08 CIV 3614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINLAND SHIPPING CO. LTD.,

  Plaintiff,

-against-

ABLE SHIPPING LINES LTD.,

  Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

RECEIVED
APR -- 2008
U.S.D.C.
CASHIERS S.D.N.Y.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff WINLAND SHIPPING CO. LTD. certifies that, according to information provided to counsel by its clients, WINLAND SHIPPING CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         April 15, 2008

BLANK ROME, LLP
Attorneys for Plaintiff
WINLAND SHIPPING CO. LTD.

By _____
   Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
900200.00001/6630685v.1

1